ORIGINAL

1  CHAD A. READLER
   Acting Assistant Attorney General
2  MICHAEL D. GRANSTON
   DANIEL R. ANDERSON
3  ALBERT P. MAYER
   Attorneys, Civil Division
4  United States Department of Justice
        P.O. Box 261, Ben Franklin Station
5       Washington, D.C. 20044
        Tel: (202) 353-1291
6       Fax: (202) 616-3085
        Email: albert.p.mayer@usdoj.gov
7  Attorneys for the
   United States of America
8



FILED 2018 JUL 31 PM 12:09

9                   UNITED STATES DISTRICT COURT
10            FOR THE CENTRAL DISTRICT OF CALIFORNIA
11                         WESTERN DIVISION

12 | UNITED STATES OF AMERICA ex rel. **[UNDER SEAL]**,           | No. LACV 17-01694 PSG (SSx)
13 |                                                              | THE UNITED STATES' MOTION
   |         Plaintiff[s],                                        | TO PARTIALLY UNSEAL THE CASE
14 |                                                              |
   |              v.                                              | **[FILED UNDER SEAL PURSUANT TO THE**
15 |                                                              | **FALSE CLAIMS ACT, 31 U.S.C. §§**
   | **[UNDER SEAL]**,                                            | **3730(b)(2) and (3)]**
16 |                                                              |
   |         Defendant[s].                                        | [LODGED CONCURRENTLY UNDER SEAL:
17 |                                                              | (1) [PROPOSED] ORDER PARTIALLY
   |                                                              | UNSEALING THE CASE]

ORIGINAL

2018 JUL 31 PM 12:09
FILED

1  CHAD A. READLER
   Acting Assistant Attorney General
2  MICHAEL D. GRANSTON
   DANIEL R. ANDERSON
3  ALBERT P. MAYER
   Attorneys, Civil Division
4  United States Department of Justice
       P.O. Box 261, Ben Franklin Station
5      Washington, D.C. 20044
       Tel: (202) 353-1291
6      Fax: (202) 616-3085
       Email: albert.p.mayer@usdoj.gov
7  Attorneys for the
   United States of America
8
9              UNITED STATES DISTRICT COURT
10         FOR THE CENTRAL DISTRICT OF CALIFORNIA
11                    WESTERN DIVISION

12 | UNITED STATES OF AMERICA ex rel. [UNDER SEAL], | No. LACV 17-01694 PSG (SSx)
13 |   Plaintiff[s], | THE UNITED STATES' MOTION TO PARTIALLY UNSEAL THE CASE
14 | v. | [FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) and (3)]
15 | [UNDER SEAL], |
16 |   Defendant[s]. | [LODGED CONCURRENTLY UNDER SEAL: (1) [PROPOSED] ORDER PARTIALLY UNSEALING THE CASE]

CHAD A. READLER
Acting Assistant Attorney General
MICHAEL D. GRANSTON
DANIEL R. ANDERSON
ALBERT P. MAYER
Attorneys, Civil Division
United States Department of Justice
    P.O. Box 261, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 353-1291
    Fax: (202) 616-3085
    Email: albert.p.mayer@usdoj.gov
Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* INTEGRA MED ANALYTICS LLC,<br><br>Plaintiff,<br><br>v.<br><br>PROVIDENCE HEALTH & SERVICES, *et al.*,<br><br>Defendants. | No. LACV 17-01694 PSG (SSx)<br><br>THE UNITED STATES' MOTION TO PARTIALLY UNSEAL THE CASE<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) and (3)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: (1) [PROPOSED] ORDER PARTIALLY UNSEALING THE CASE] |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States requests that the redacted version of the relator's Amended Complaint, this Motion, the United States' Notice of Election to Decline Intervention, the Court's Order of June 21, 2018, and the attached proposed Order be unsealed. The United States further requests that the relator be permitted to serve unredacted versions of the complaint and amended complaint on the defendants, but that these documents otherwise remain under seal, and not be placed on the public docket, because they may contain patient-identifying information. The United States requests that all other papers on file in this action remain permanently under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

DATED: July 30, 2018            Respectfully submitted,

                                CHAD A. READLER
                                Acting Assistant Attorney General
                                MICHAEL D. GRANSTON
                                DANIEL R. ANDERSON


                                *s/ Albert P. Mayer*
                                ALBERT P. MAYER
                                Attorneys
                                United States Department of Justice
                                Attorneys for the United States
                                of America

1

**PROOF OF SERVICE BY MAILING**

I, Carol M. Ybarra, declare:

1.  I am over the age of 18 and am employed by the U.S. Attorney's Office for the Central District of California. Our U.S. Attorney's Office is local "filing counsel" in this matter, which is being handled by the U.S. Department of Justice in Washington, D.C. The following is based on my personal knowledge.

2.  On July 31, 2018, I served attached THE UNITED STATES' MOTION TO PARTIALLY UNSEAL THE CASE on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

**Date of mailing: July 31, 2018**

**Place of mailing: Los Angeles, California**

**SEE ATTACHED LIST**

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 31, 2018, at Los Angeles, California.

_/s/ Carol M. Ybarra_
CAROL M. YBARRA

**Service List**

Attorneys for Relator Integra Med Analytics LLC

Jason H. Tokoro
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, CA   90067

P. Jason Collins
Jeremy H. Wells
REID COLLINS & TSAI LLP
1301 S. Capitol of Texas Highway
Building C, Suite 300
Austin, TX   78746